UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Denys Adan Miranda Mendez

        v.                              Case No. 25-cv-384-LM-AJ


US Immigration and Customs
Enforcement, Boston Field Office Acting Director et al.


### JUDGMENT


In accordance with the endorsed order by Chief Judge Landya B. McCafferty dated October 6, 2025, and the endorsed order by Chief Judge Landya B. McCafferty dated October 20, 2025, judgment is hereby entered.


By the Court:

_____
Tracy A. Uhrin
Clerk of Court


Date: October 31, 2025


cc:   Counsel of Record